PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

JAN 08 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ronald Martez Brown**

**Docket No. 0:02CR00121-002(ADM)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ronald Martez Brown** who was sentenced for Conspiracy to Distribute Narcotics on April 2, 2003, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Association restrictions
- Psychological/psychiatric counseling/treatment
- Mandatory Drug

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**STANDARD CONDITION #1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**

On May 12, 2007, the defendant was arrested and charged with Count 1: Harassment and Counts 2 and 3: Violation of an Order for Protection, in Ramsey County District Court, St. Paul, Minnesota (K8-07-002277). According to the complaint the defendant went to the victim's apartment threatening the victim. The case is pending trial in Ramsey County.

On January 23, 2007, the defendant was arrested and charged with Count 1: Felony Theft and Count 2: Misdemeanor Driving After Suspension, in Hennepin County District Court, Minneapolis, Minnesota (27-CR–07-007396). According to the complaint the defendant entered a department store and took a television set from the shelf and attempted to take property valued over $500.00. The case is pending in Hennepin County. Mr. Brown did not advise this officer of this arrest.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

SCANNED
JAN 8 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 7th day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer
Telephone: 651-848-1247

Executed on January 4, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission