PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUN 13 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ronald Martez Brown**

**Docket No. 0:02CR00121-002(ADM)**

**Petition on Supervised Release**

COMES NOW David N. Duncan, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ronald Martez Brown who was sentenced for Conspiracy to Distribute Narcotics on April 2, 2003, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Association restrictions
- Mental health treatment

*Modified as of January 7, 2008:*

60 days home confinement which may include electronic monitoring

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for substance abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On June 4, 2008, Mr. Brown missed his scheduled substance abuse treatment program at Recovery Resource Center in Minneapolis, Minnesota. He was advised there would be no absences from this program.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

SCANNED
JUN 16 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 13th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer
Telephone: 651-848-1247

Executed on June 12, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission