PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
AUG 08 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ronald Martez Brown**

**Docket No. 0:02CR00121-002(ADM)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ronald Martez Brown** who was sentenced for Conspiracy to Distribute Narcotics on April 2, 2003, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Association restrictions
- Mental health treatment

60 days home confinement for Theft and Harassment charges (modified January 7, 2008)
16 hours community work service for missing a substance abuse treatment program (modified June 13, 2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 22, 2008, Mr. Brown was arrested by Minneapolis, Minnesota, police for Delivery of a Controlled Substance. This case remains open and is under investigation.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

SCANNED
AUG 08 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 7th day of August, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer
Telephone: 651-848-1247

Executed on August 6, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission