Prob 49

FILED BY CLERK OF COURT

RECEIVED
AUG 08 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Ronald Martez Brown

Docket No. 0:02CR00121-002

# HEARING WAIVER

I, Ronald Martez Brown, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: [signature]
Ronald Martez Brown

Witness: [signature]

Dated: 7-30-08

SCANNED
AUG 08 2008
U.S. DISTRICT COURT MPLS